**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DAVID MITSNEFES,**<br><br>**Defendant.** | **CASE NO.** 1:26-cr-65<br>Barrett<br>**INFORMATION**<br><br>**18 U. S.C. § 2251(a) & (e)**<br><br>**FORFEITURE**<br><br>**ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNTS 1**

**(Sexual Exploitation of Children)**

On or about September 1, 2021, within the Southern District of Ohio and elsewhere, the defendant, **DAVID MITSNEFES**, did employ, use, persuade, induce, entice, and coerce any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, to wit: a video depicting Minor Victim 1 who at the time was 14 years old, and the visual depiction was produced using materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce.

**All in violation of 18 U.S.C. §§ 2251(a) and (e).**

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count 1 of this Information, the defendant, **DAVID MITSNEFES**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed,

shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

a. iPhone cellular telephone, navy in color;

b. iPhone cellular telephone, gray in color;

c. iPhone cellular telephone, gray in color;

d. iPhone cellular telephone, black in color;

e. Cellular telephone, gray in color;

f. Dell Alienware laptop, silver in color;

g. Razor laptop, with green design;

h. Blink camera;

i. Two (2) hard drives;

j. External hard drive;

k. Hard drive, blue in color

l. Seven (7) cellular telephones;

m. Blink camera;

n. Wyze camera;

o. Camera, black in color;

p. Two (2) USBs; and

q. Yoga laptop, silver in color.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

Kyle J. Healey

**KYLE J. HEALEY**
**Assistant United States Attorney**



CG