UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
Plaintiff,

Case No 1:26-cr-065

v.

Judge Michael R. Barrett

David Mitsnefes,
Defendant.

**CRIMINAL MINUTES before**
**District Judge Michael R. Barrett**

Courtroom Deputy: Krista Zeller
Court Reporter:

Date: July 9, 2026 Time: Commenced 2:40 Concluded 3:17 Total _____

Asst. United States Attorney: Kyle Healey Defendant Attorney: William Oswall, Jr.

***Initial Appearance Information***

[X] Counsel present
[X] United States reminded about their Due Process Protection Act
[X] Defendant Sworn and questioned regarding competency to enter a plea of guilty
[X] Defendant informed of his rights
[X] Defendant pleads guilty

***Arraignment on Information:***

Pleading to Count(s) 1
[X] Waiver of Indictment executed in open Court
Defendant waives reading of: [ ] Indict [X] Info [ ] Indict Read [ ] Info Read
Court reviews Defendant's rights regarding: ✓ Consequences of a plea ✓ Restitution ✓ Forfeiture ✓ sentencing under the USSCG; ✓ rights to trial; ✓ mandatory minimum and ✓ right to appeal.
(Waiver of Appellate Rights at ¶ 11 of Plea Agreement)
[X] Plea Agreement Summarized by AUSA Kyle Healey
[X] Stipulation of the Statement of Facts ____________ ____________
[X] Second time Defendant pleads Guilty
[X] Court makes a find of guilty and accepts plea
[X] Case referred to Probation Department for Presentence Report
[X] Sentencing date to be determined following receipt of final PSI

***Detention Status:*** [ ] Defendant to remain on bond or [X] remain detained.
Plaintiff Witness ____________ Defendant Witness ____________
[ ] OR[ ] Secured with ____________ [ ] Electronic Monitor [ ] Other ____________
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify [ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to ____________ [ ] ____________ [ ] ____________ [ ] ____________

Remarks: