2e32eee6-0a63-46e9-962e-7e6903fa91fa



3d30-d0e1-4419-80ee-82788ed719ff

